IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES WAYNE THARPE**                                                  **PLAINTIFF**

v.                                                          CIVIL NO. 1:20cv145-HSO-JCG

**BOBBY FAIRLEY, TERRY ROGERS,**
**and VICKI MIZELLE**                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte.  Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED**, this the 14th day of August, 2020.

                                              *s/ Halil Suleyman Ozerden*
                                              HALIL SULEYMAN OZERDEN
                                              UNITED STATES DISTRICT JUDGE